**Christifino SOLIZ, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 44217.**

Missouri Court of Appeals,
Western District.

July 16, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 27, 1991.

Application to Transfer Denied
Oct. 16, 1991.

David S. Durbin, Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Joan F. Edwards, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and TURNAGE and FENNER, JJ.

ORDER

PER CURIAM.

Appeal from dismissal as untimely of Rule 24.035 motion for postconviction relief.

Judgment affirmed. Rule 84.16(b).